**Motion GRANTED and Order filed July 2, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00518-CV
_____

## IN RE CITY NATIONAL ROCHDALE, LLC, Relator

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
334th District Court
Harris County, Texas
Trial Court Cause No. 2018-84191**

---

## ORDER

On July 2, 2019, relator City National Rochdale, LLC, filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Steven Kirkland, Judge of the 334th District Court, in Harris County, Texas, to set aside his order dated June 21, 2019, signed in trial court number 2018-84191, styled *Charles Justin Luke v. Avalon Advisors, Inc.*

On July 2, 2019, relator also filed a motion for temporary relief requesting a stay of the June 21, 2019 order granted by the trial court, pending this court's decision on the petition for writ of mandamus. *See* Tex. R. App. 52.10(a).

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the June 21, 2019 order - in trial court cause number 2018-84191, *Charles Justin Luke v. Avalon Advisors, Inc.,* **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests real parties in interest to file a response to the petition for writ of mandamus on or before July 17, 2019. *See* Tex. R. App. P. 52.4, 52.8(b)(1).

PER CURIAM

Panel Consists of Justices Christopher, Spain, and Poissant.